D885

**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Plaintiff**
**INERCO TRADE SA**
**494 Eighth Avenue, 7th Floor**
**New York, New York 10001**
**Telephone: (646) 328-0120**
**Facsimile: (646) 328-0121**
**Matthew J. Cowan (MC 6993)**
**mcowan@bgmplaw.com**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

INERCO TRADE SA,

Plaintiff,

- against -

SOYA HELLAS SA,

Defendant.

----------------------------------------------------------------X

1:08-CV-9181

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the Plaintiff that the referenced matter has been resolved prior to defendant having appeared, that no party hereto is an infant or incompetent person for whom a committee has been appointed and whereas no person not a party has an interest in the subject matter of the action, and that accordingly the above entitled action is voluntarily discontinued without costs against any party. This stipulation may be filed without further notice to the Clerk of the Court.

Dated: November 26, 2008
New York, New York

**Bennett, Giuliano, McDonnell & Perrone, LLP**

Matthew J. Cowan